# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mikeal Glenn Stine,<br><br>    Petitioner,<br><br>v.<br><br>USA,<br><br>    Respondent. | No. CV-17-08121-PCT-JJT (MHB)<br>No. CR-99-00155-PCT-JJT<br><br>**ORDER** |

At issue is the Report and Recommendation ("R&R") submitted by United States Magistrate Judge Michelle H. Burns on May 22, 2018, recommending that petitioner Mikeal Glenn Stine's Petition for a Writ of Coram Nobis (Doc. 1 in Case No. CV-17-08121) be denied and dismissed with prejudice. (Doc 26.) Despite a warning in the R&R that he must file any objections thereto within 14 days of the R&R, Petitioner did not file any objections by the deadline or in the approximately five months that have elapsed since. The Court may therefore accept the R&R without further review, per *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Nonetheless, the Court has reviewed the Petition, the Response, all accompanying materials, and the R&R on the merits. Upon so doing, the Court concludes that the R&R as drafted by Judge Burns is well grounded and correctly analyzes the applicable law.

In its Motion to Dismiss the Petition, the government pointed out that Petitioner bore the burden of showing, among other things that valid reasons existed for not attacking his 2003 escape conviction—the conviction underlying the Petition—earlier

than in the instant Petition, which he filed in 2017. Because Petitioner never responded to the government's Motion, Judge Burns correctly concluded that Petitioner had failed to show cause—good or otherwise—for the delay, and thus had failed in his burden, necessitating denial and dismissal of the Petition. This was correct.

IT IS ORDERED adopting in whole the R&R submitted in this matter by Judge Burns. (Doc. 261.)

IT IS FURTHER ORDERED denying, and dismissing with prejudice, the Petition for Writ of Habeas Corpus (Doc. 1) filed in this matter and in the companion criminal matter CR-99-00105-PCT-JJT (Doc. 56).

IT IS FURTHER ORDERED denying a Certificate of Appealability, as the dismissal of this Petition is justified by a plain procedural bar and reasonable jurists would not find the procedural ruling debatable.

IT IS FURTHER ORDERED that the Clerk of Court shall enter judgment accordingly and close this matter.

Dated this 15th day of November, 2018.

Honorable John J. Tuchi
United States District Judge